UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-6293-RSR

FILED BY ___ D.C.
2009 JUL 28 PM 3:03

IN RE: SEALED COMPLAINT
_______________________________/

**MOTION TO SEAL**

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the complaint, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or until further order of this court, excepting the United States Attorney's Office which may obtain copies of any complaint, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendant may flee and/or the integrity of the ongoing investigation might be compromised should knowledge of this indictment become public.

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

By: Jennifer A. Keene

JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0958263
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
(954) 356-7255, ext. 3596 Office
(954) 356-7336 Facsimile
Jennifer.Keene@usdoj.gov